IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CHARLES VALENTINE and )
BERTHA HOLLOWAY, )
 )
 ) **STIPULATION OF**
Plaintiffs, ) **DISCONTINUANCE**
 )
-against- ) Civil Action No.: 5:17-CV-00825
 ) (GTS/DEP)
ALLSTATE INDEMNITY COMPANY, )
ALLSTATE VEHICLE AND )
PROPERTY INSURANCE COMPANY, )
and ALLSTATE INSURANCE COMPANY )
 )
Defendants. )

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued for all claims, counterclaims, **with prejudice**, and without costs to any party as against the other. This stipulation may be filed without further notice with the clerk of the Court.

Dated: January 5, 2018                          Dated: January 3, 2018

By: Kelsey W. Shannon, Esq.                      By: Karen G. Felter, Esq.
**LYNN LAW FIRM, LLP**                           **SMITH, SOVIK, KENDRICK & SUGNET, P.C.**
*Attorneys for Plaintiffs*                       *Attorneys for Defendants*
M & T Bank Building, Suite 750                   250 South Clinton Street, Suite 600
101 South Salina Street                          Syracuse, New York 13202
Syracuse, New York 13202

IT IS SO ORDERED.


_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: January _____, 2018