IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES VALENTINE and BERTHA HOLLOWAY,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>ALLSTATE INDEMNITY COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, and ALLSTATE INSURANCE COMPANY<br><br>　　　　　　　　Defendants. | **STIPULATION OF DISCONTINUANCE**<br><br>Civil Action No.: 5:17-CV-00825 (GTS/DEP) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued for all claims, counterclaims, **with prejudice**, and without costs to any party as against the other. This stipulation may be filed without further notice with the clerk of the Court.

Dated: January 3, 2018

By: Kelsey W. Shannon, Esq.
**LYNN LAW FIRM, LLP**
*Attorneys for Plaintiffs*
M & T Bank Building, Suite 750
101 South Salina Street
Syracuse, New York 13202

Dated: January 3, 2018

By: Karen G. Felter, Esq.
**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**
*Attorneys for Defendants*
250 South Clinton Street, Suite 600
Syracuse, New York 13202

IT IS SO ORDERED.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: January 3, 2018

{S0690170.1}